# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| LIDELY D. MOREL | : | BANKRUPTCY NO. 24-12980 (PMM) |
| | : | |
| Debtor | : | |
| | : | |
| CHRISTINE C. SHUBERT, in her capacity as the Chapter 7 Trustee for the Estate of LIDELY D. MOREL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | ADVERSARY NO. 24-00147 (PMM) |
| | : | |
| MANUEL M. MOREL | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, upon consideration of the Motion of Plaintiff for Entry of an Order (I) Compelling Defendant to Provide Discovery Disclosures and (II) Awarding Attorneys' Fees and Expenses Pursuant to Fed. R. Bankr. P. 7037 and Fed. R. Civ. P. 37(a) (the "Motion")[1], it is hereby **ORDERED** that:

1. The Motion is **GRANTED.**

2. The Defendant shall provide the Disclosures to the Plaintiff's counsel within ten (10) days after the entry of this Order.

3. Pursuant to Fed. R. Civ. P. 37(a)(5), the Plaintiff is hereby awarded attorneys' fees in the amount of $_____ and expenses in the amount of $_____. The Defendant shall make payment of such fees and expenses to the Plaintiff within ten (10) days after the entry of this

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Order.

    4.    This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

**BY THE COURT:**

Dated: _____

_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE